IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRUCE THULIN, | ) | CIVIL NO. 8:06CV4 |
| Plaintiff, | ) ) ) | |
| v. | ) | ORDER OF DISMISSAL |
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the Joint Stipulation for Dismissal (Filing No. 19). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal (Filing No. 19) is approved, and the relief requested therein shall be granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney's fees.

Dated this 7th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge